IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

     Plaintiff,                     1:06-cv-1089 ALA P

     vs.

W.J. SULLIVAN, et al.,

     Defendants.              <u>ORDER</u>

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on August 18, 2006. Prior to screening, Plaintiff filed an amended complaint on November 27, 2006. Plaintiff's original complaint will therefore be dismissed.

       The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, Plaintiff has a reasonable opportunity to prevail on the merits of this action.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Service is appropriate for the following defendants:

             (a) W.J. Sullivan

             (b) F. Gonzalez

        (c) M. Carrasco

        (d) S. Wright

        (e) John Dovey

        (f) James Tilton

2. The Clerk of the Court shall send Plaintiff 6 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed November 27, 2006.

3. Within thirty-five (35) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Seven copies of the endorsed amended complaint filed November 27, 2006.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's original complaint filed August 18, 2006, is dismissed.

/////

DATED: November 8, 2007

        /s/ Arthur L. Alarcón
        UNITED STATES CIRCUIT JUDGE
        Sitting by Designation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | |
|     Plaintiff, | 1:06-cv-1089 ALA P |
|     vs. | |
| W.J. SULLIVAN, et al., | NOTICE OF SUBMISSION |
|     Defendants. | OF DOCUMENTS |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_\_ completed summons form

    \_\_\_\_\_ completed USM-285 forms

    \_\_\_\_\_ copies of the _____
                        Amended Complaint

DATED:

_____
Plaintiff