IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,                     No. 1:06-cv-1089 ALA P

    vs.

W.J. SULLIVAN, et al.,

    Defendants.             ORDER

_____/

    Plaintiff Garrison S. Johnson is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On November 9, 2007, the Court screened Mr. Johnson's amended complaint pursuant to 42 U.S.C. § 1915A and ordered that service is appropriate on specific Defendants.

    Before the Court is Mr. Johnson's "Motion for Temporary Restraining Order and/or Preliminary Injunction Relief" filed on December 26, 2006. In the motion, Mr. Johnson claims that he is being subjected to racial discrimination in breach of a settlement agreement that he entered into with the Secretary of the California Department of Corrections and Rehabilitation (CDCR) on November 5, 2005. He also claims that, since he was diagnosed to be schizophrenic, the settlement agreement is void because he "he was not competent to enter into a contract." Mot. at 4:13-14. Finally, he claims that in retaliation for filing grievances about the incidents, prison officials threatened him and that "his life is in danger." Mot. at 7:16-17. Mr. Johnson

seeks transfer to a different prison and that the settlement agreement be declared void so that he can pursue his equal protection claim.

On June 4, 2007, Mr. Johnson filed an emergency application requesting that his motion for injunctive relief be heard. In the emergency application, Mr. Johnson claims that correctional officers physically assaulted him on March 17, 2007.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants file a response to Mr. Johnson's December 26, 2006, and June 4, 2007, requests for injunctive relief and/or a temporary restraining order on or before January 3, 2008;

2. The Clerk of the Court is directed to send Louis Vasquez, Supervising Deputy Attorney General, a copy of the instant order; and

3. The Clerk of the Court is directed to send a copy of the instant order to each defendant at California Correctional Institution, P.O. Box 1031, Tehachapi, CA 93581.

/////

DATED: December 6, 2007

/s/ Arthur L. Alarcón  
UNITED STATES CIRCUIT JUDGE  
Sitting by Designation