IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

        Plaintiff,          CV F 06 1089 ALA P

  vs.                     ORDER RE MOTION (DOC 12)

W. J. SULLIVAN, et al.,

        Defendants.

    Plaintiff has filed a motion requesting that the Court screen his complaint. Subsequently, the Court entered an order directing service of process of the operative pleading upon certain defendants. Accordingly, IT IS HEREBY ORDERED that Plantiff's motion is denied as moot. IT IS SO ORDERED.

**Dated:   January 16, 2008**            **/s/ William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE