IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,                No. 1:06-cv-1089 ALA P

vs.

W.J. SULLIVAN, et al.,

    Defendants.          <u>ORDER</u>

_____/

    Defendants have requested an extension of time to respond to Plaintiff's motion for a temporary restraining order and/or preliminary injunction. (Dock. No. 22) Plaintiff does not oppose Defendants' request. (Doc. No. 25) Therefore, good cause having been found, IT IS HEREBY ORDERED that Defendants shall have up to and including February 4, 2008, to file a response to Plaintiff's motion for temporary restraining order and/or preliminary injunction.

/////

DATED: January 23, 2008

                                                /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation