IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,   No. 1:06-cv-1089 ALA P

    vs.

W.J. SULLIVAN, et al.,

    Defendants.   <u>ORDER</u>

_____/

    Defendants have requested a second extension of time to respond to plaintiff's motion for a temporary restraining order and/or preliminary injunction. Therefore, good cause having been found, IT IS HEREBY ORDERED that:

    1. Defendant's February 4, 2008, request for an extension of time is granted; and

    2. Defendants shall file a response within twenty-one (21) days of the date of this order.

/////

DATED: February 6, 2008

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT  JUDGE
                                              Sitting by Designation