IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

       Plaintiff,                  No. 1:06-cv-1089 ALA P

    vs.

W.J. SULLIVAN, et al.,

       Defendants.           <u>ORDER</u>

_____/

    Defendants have requested an extension of time to respond to plaintiff's complaint. Therefore, good cause having been found, IT IS HEREBY ORDERED that:

    1. Defendant's February 13, 2008, request for an extension of time is granted; and

    2. Defendants shall file a response within thirty-five (35) days of the date of this order.

/////

DATED: February 14, 2008

                                      <u>/s/ Arthur L. Alarcón</u>
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation