1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GARRISON S. JOHNSON,

12              Plaintiff,                    No. 1:06-cv-1089 ALA P

13        vs.

14   W.J. SULLIVAN, et al.,

15              Defendants.                   ORDER

16   _____/

17        Plaintiff's opposition to the Defendants' second request for an extension of time is

18   DENIED as moot.

19        Plaintiff's motion for a temporary restraining order and/or a preliminary injunction will

20   be deferred until the Defendants have filed their response.

21   /////

22   DATED: February 19, 2008

23                                       /s/ Arthur L. Alarcón_____
                                         UNITED STATES CIRCUIT  JUDGE
24                                       Sitting by Designation

25

26

27

28

                                            1