IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

      Plaintiff,                    No. 1:06-cv-1089 ALA P

    vs.

W.J. SULLIVAN, et al.,

      Defendants.               <u>ORDER</u>

_____/

      Plaintiff Garrison Johnson has filed two motions for subpoenas duces tecum.  Plaintiff is informed that consideration of those motions will be deferred until after the court has received defendant's response to plaintiff's motion for a temporary restraining order and/or preliminary injunction.

/////

DATED: February 27, 2008

                                      <u>/s/ Arthur L. Alarcón</u>
                                      UNITED STATES CIRCUIT  JUDGE
                                      Sitting by Designation