IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

      Plaintiff,                    No. 1:06-cv-1089 ALA P

      vs.

W.J. SULLIVAN, et al.,

      Defendants.              <u>ORDER</u>

_____/

     Plaintiff Garrison S. Johnson is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On December 26, 2006, plaintiff filed a motion for a temporary restraining order and/or a preliminary injunction. On February 28, 2008, defendants filed a response in opposition. The court requests plaintiff file a reply prior to issuing a ruling.

/////

     Therefore, IT IS HEREBY ORDERED that plaintiff file a reply to defendant's February 28, 2008, response in opposition within thirty-five (35) days of the date of this order.

/////

DATED: March 3, 2008

                                         /s/ Arthur L. Alarcón
                                         UNITED STATES CIRCUIT JUDGE
                                         Sitting by Designation