IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON

    Plaintiff,                    Case No. 1:06-cv-01089 ALA (P)

    vs.

W.J. SULLIVAN, et al.,

    Defendants.          <u>ORDER</u>

_____/

       On April 7, 2008, Plaintiff filed a request for an Entry of Default pursuant to Fed. R. Civ. P. 55(a). (doc. 54). Plaintiff's request stated that Defendants failed "to plead or otherwise defend as provided by the Federal Rules of Civil Procedure." (doc. 54). A review of the record, however, suggests otherwise. Throughout the litigation, Defendants filed numerous motions and responses "defending" its position. (docs. 22, 29, 31, 41, and 56).

       Therefore, **IT IS HEREBY ORDERED** that Plaintiff's request for an Entry of Default is DENIED as this Court disagrees with Plaintiff's conclusion that Defendants failed to "defend" its position in the context of Fed. R. Civ. P. 55.

/////

DATED: April 15, 2008                /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation