IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,                         Case No. 1:06-cv-01089 ALA (P)

    vs.

W.J. SULLIVAN, et al.,

    Defendants.                    <u>ORDER</u>

_____/

    Defendants have requested an extension of time to respond to Plaintiff's motion for summary judgment (Dock. No. 74). Good cause having been found, IT IS HEREBY ORDERED that:

    1. Defendants shall have up to and including June 16, 2008, to file a response to Plaintiff's motion for summary judgment.

    2. Mr. Johnson shall file a reply to Defendants' response on or before July 7, 2008.

///

DATED: May 30, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation