IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

      Plaintiff,                        Case No. 1:06-cv-01089 ALA (P)

   vs.

W.J. SULLIVAN, et al.,

      Defendants.                   <u>ORDER</u>

_____/

    On June 2, 2008, Plaintiff filed a "Motion to Appoint Expert." (Doc. No. 77). It is hereby ORDERED that Defendants are directed to file a response to Plaintiff's motion by July 10, 2008.

///

DATED: June 20, 2008

                                             <u>/s/ Arthur L. Alarcón</u>
                                             UNITED STATES CIRCUIT  JUDGE
                                             Sitting by Designation