IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

      Plaintiff,                    Case No. 1:06-cv-01089 ALA (P)

    vs.

W.J. SULLIVAN, et al.,

      Defendants.                <u>ORDER</u>

_____/

    On May 30, 2008, the Court ordered Defendants to file a response to Plaintiff's motion for summary judgment by June 16, 2008 (Doc. No. 74).  Defendants have failed to respond.

    Defendants are hereby ORDERED to show cause by July 3, 2008, why they should not be sanctioned for failure to respond to the Court's May 30, 2008 order.

/////

DATED: June 20, 2008

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation