IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON

     Plaintiff,                    Case No. 1:06-cv-01089 ALA (P)

     vs.

W.J. SULLIVAN, et al.,

     Defendants.                <u>ORDER</u>

     On June 20, 2008, this Court ordered Defendants to show cause regarding their failure to file a response to Plaintiff's Summary Judgement Motion. (Doc. 81). On that day, Defendants filed a "Request for Extension of Time" to respond to Plaintiff's Summary Judgment Motion. (Doc. 80). Defendants also filed a response to this Court's Order to Show Cause. (Doc. 82).

     Good cause appearing, IT IS HEREBY ORDERED that Defendants file a response to Plaintiff's Summary Judgment Motion on or before July 31, 2008.

/////

DATED: June 24, 2008

                                    /s/ Arthur Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation