IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

Plaintiff,

vs.

W.J. SULLIVAN, et al.,

Defendants.

Case No. 1:06-cv-01089 ALA P

ORDER

______________________________/

Defendants Carrasco, Sullivan, Wright and Gonzalez (collectively, "Defendants") have requested an extension of time to respond to Plaintiff's discovery requests. (doc. No. 78). Good cause having been found, IT IS HEREBY ORDERED that Defendants shall have up to and including July 28, 2008, to file a response to Plaintiff's discovery requests.

///

DATED: June 27, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation