IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,                    Case No. 1:06-cv-01089 ALA (P)

  vs.

W.J. SULLIVAN, et al.,

    Defendants.                 ORDER

_____/

    Plaintiff Garrison S. Johnson is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Two motions are pending before this Court.

    On July 18, 2008, Mr. Johnson filed a "Motion for Subpoena Duces Tecum and Request Order of Service by U.S. Marshal." (Doc. No. 90).  In this motion, plaintiff requests that the Court issue a subpoena ordering Molly C. Dwyer, Clerk of the Ninth Circuit Court of Appeals, to provide plaintiff with a certified copy of the settlement agreement in *Johnson v. California*, No. 01-56436.  Plaintiff's "Motion for Subpoena Duces Tecum and Request Order of Service by U.S. Marshal" (Doc. No. 90) is GRANTED.  The Clerk of this Court is ordered to send plaintiff a subpoena duces tecum, which plaintiff is ordered to fill out, pursuant to Federal Rule of Civil Procedure 45.

    On July 18, 2008, Mr. Johnson also filed a "Motion for Subpoenas Duces Tecum and Request Order of Service by U.S. Marshal." (Doc. No. 91).  In this motion, plaintiff requests that

1  the Court issue a subpoena requiring N. Grannis, who is employed by the California Department
2  fo Corrections as the Chief of the Inmate Appeals Branch, to provide plaintiff with copies of his
3  inmate appeals, as well as a declaration certifying the authenticity of the copies provided.
4  Defendants are hereby ordered to file a response to Plaintiff's motion by August 1, 2008.
5  /////
6        Accordingly, good cause showing, IT IS HEREBY ORDERED THAT:
7  1.    The Clerk is ordered to send Mr. Johnson a subpoena duces tecum in order to request
8      Molly C. Dwyer, Clerk of the Ninth Circuit Court of Appeals, to provide plaintiff with a
9      certified copy of the settlement agreement in *Johnson v. California*, No. 01-56436, as
10     articulated in Doc. No. 90.
11 2.    Defendants are ordered to file a response to Mr. Johnson's "Motion for Subpoenas Duces
12     Tecum and Order of Service by U.S. Marshal" (Doc. No. 91) by August 1, 2008.
13 /////
14 DATED: July 23, 2008

                       /s/ Arthur L. Alarcón
                       UNITED STATES CIRCUIT JUDGE
                       Sitting by Designation