IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

      Plaintiff,                     Case No. 1:06-cv-01089 ALA (P)

   vs.

W.J. SULLIVAN, et al.,

      Defendants.               ORDER

_____/

     Plaintiff's motion for appointment of an expert witness filed on June 2, 2008 (Doc. 77) is DENIED.

/////

DATED: August 6, 2008

/////

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation