IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,                    Case No. 1:06-cv-01089 ALA (P)

    vs.

W.J. SULLIVAN, et al.,

    Defendants.                 <u>ORDER</u>

_____/

    The Revised Scheduling Order filed by the Court on July 30, 2008 erroneously set the date for jury trial in this matter for January 13, 2008 at 9:00 a.m.  The correct date for jury trial in this matter is January 13, 2009 at 9:00 a.m., in a courtroom to be determined.  The record is hereby corrected.

DATED: August 6, 2008

/////

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation