IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

       Plaintiff,                      Case No. 1:06-cv-1089 ALA (P)

  vs.

W.J. SULLIVAN, et al.,

       Defendants.                 <u>ORDER</u>

_____/

      Plaintiff Garrison S. Johnson is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On July 18, 2008, Mr. Johnson filed a "Motion for Subpoena Duces Tecum and Request Order of Service by U.S. Marshal." (Doc. No. 91). In this motion, plaintiff requests that the Court issue a subpoena ordering N. Grannis, Chief of the Inmate Appeals Branch at the California Department of Correction and Rehabilitation, to provide plaintiff with certified copies of: 1) Inmate Appeal Log. No. CCI-06-01054 submitted at CCI on March 8, 2006; and 2) Inmate Appeal Log No. CCI-07-00260 submitted at CCI on January 9, 2007. Defendants do not object to the issuance of the subpoena. (Doc. No. 98).

      Accordingly, good cause showing, IT IS HEREBY ORDERED THAT:

      1.    Plaintiff's motion for subpoena duces tecum and request order of service by U.S. Marshal (Doc. No. 91) is GRANTED; and,

2. The Clerk of this Court is ordered to send plaintiff a subpoena duces tecum, which plaintiff is ordered to fill out, pursuant to Federal Rule of Civil Procedure 45.

/////

DATED: August 12, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT  JUDGE
Sitting by Designation