IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

     Plaintiff,                    No. 1:06-cv-01089 ALA (P)

     vs.

W.J. SULLIVAN, et al.,

     Defendants.               ORDER

_____/

     Plaintiff Garrison S. Johnson is a state prisoner, represented by counsel, proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.

     On August 26, 2008, the Court appointed counsel for Mr. Johnson. (Doc. 112). That same day, Mr. Johnson, proceeding *pro se*, mailed a motion for "a preliminary injunction directing the defendants . . . to provide plaintiff with counsel to represent in this action," and a motion for appointment of counsel. (Doc. 121). The motions were received by the Clerk on August 29, 2008 and filed September 2, 2008. *Id.* In Mr. Johnson's motion for injunctive relief, he contends that prison officials are opening his incoming mail and are interfering with Mr. Johnson's ability to perform legal research and refusing to copy legal materials requested by Mr. Johnson. *Id.*

     Because this Court has already appointed counsel for Mr. Johnson (*see* Doc. 112), these motions are DENIED as moot.

1  DATED: September 5, 2008

2  /s/ Arthur L. Alarcón
   UNITED STATES CIRCUIT JUDGE
3  Sitting by Designation

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28