IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,                     Case No. 1:06-cv-01089 ALA P

    vs.

W.J. SULLIVAN, et al.,

    Defendants.                <u>ORDER</u>

_____/

      Defendants have requested an extension of time to respond to Plaintiff's motion for summary judgment. Good cause having been found, IT IS HEREBY ORDERED that Defendants shall have up to and including September 29, 2008, to file a response to Plaintiff's motion for summary judgment.

/////

DATED: September 10, 2008

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation