IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>W.J. SULLIVAN, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:06-cv-01089 ALA (P)<br><br><br><br><u>ORDER</u> |

Plaintiff Garrison S. Johnson, a state prisoner in this civil rights action pursuant to 42 U.S.C. § 1983, was recently appointed counsel by the Court. (Doc. 112). There are several matters pending before the Court.

I

On August 26, 2008, the Court appointed counsel for Plaintiff. (Doc. 112). Since that date, Plaintiff has filed no fewer than six pleadings with this Court, wherein it appears that Mr. Johnson is unaware that counsel has been appointed to represent him. Counsel for Plaintiff is hereby ORDERED to inform the Court whether Plaintiff has been informed that he is now represented by counsel.

II

On April 21, 2008, Plaintiff, while proceeding pro se, filed a motion for summary judgment. (Doc. 65). Subsequent to the filing of Plaintiff's motion, counsel was appointed to

...

represent Plaintiff in this matter. Counsel for Plaintiff is hereby ORDERED to inform the Court, on or before September 19, 2008, whether counsel intends to supplement the motion for summary judgment with any additional briefing or other supplemental authorities, or whether the Court should consider Plaintiff's motion as it is currently filed.[1]

### III

On August 26, 2008, Plaintiff, proceeding pro se, filed a motion for an order compelling discovery. (Doc. 113). Specifically, Plaintiff has moved the Court to order Defendants to produce, for *in camera* review, any documents Plaintiff is requesting, the production of which Defendants contend will create safety and security concerns for the prison. Counsel for Plaintiff is hereby ORDERED to inform the Court, on or before September 19, 2008, whether counsel intends to supplement the motion for an order compelling discovery with any additional briefing or other supplemental authorities, or whether the Court should consider Plaintiff's motion as it is currently filed.

### III

On September 8, 2008, Plaintiff, proceeding pro se, filed a motion for a preliminary injunction (Doc. 127) and a declaration in support thereof (Doc. 128). Counsel for Plaintiff is hereby ORDERED to inform the Court, on or before September 19, 2008, whether counsel intends to supplement the motion for a preliminary injunction with any additional briefing or other supplemental authorities, or whether the Court should consider Plaintiff's motion as it is currently filed.

### IV

Counsel for Plaintiff is hereby ORDERED to inform the Court, on or before September 19, 2008, whether counsel intends to supplement the above-referenced motions, or any other motions filed by Plaintiff while he was proceeding pro se, (*see e.g.,* Doc. 102, motion for

---

[1]Defendants have recently requested, and were granted, an extension to September 29, 2008 to respond to Plaintiff's motion for summary judgment. (Doc. 123). If counsel for Plaintiff intends to amend or supplement its motion for summary judgment, Defendants will be relieved of having to comply with this due date.

subpoena duces tecum in support of Plaintiff's motion for summary judgment) or whether the Court should consider all such motions as they are currently filed.

Accordingly, good cause showing, IT IS HEREBY ORDERED THAT:

1. Counsel for Plaintiff shall inform the Court, no later than September 19, 2008, whether counsel intends to supplement any of the motions currently pending, filed by Plaintiff while he was proceeding pro se, with any additional briefing or other supplemental authorities, or whether the Court should consider Plaintiff's motions as they are currently filed.

2. The trial date currently scheduled for January 13, 2009 is hereby VACATED.

/////

DATED: September 12, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation