IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

      Plaintiff,                    Case No. 1:06-cv-01089 ALA (P)

     vs.

W.J. SULLIVAN, et al.,

      Defendants.            ORDER

_____/

      Plaintiff Garrison S. Johnson, a state prisoner in this civil rights action pursuant to 42 U.S.C. § 1983, was recently appointed counsel by the Court. (Doc. 112). There are several matters pending before the Court.

I

      On September 2, 2008, the Court ordered Defendants to show cause why Defendants should not be sanctioned for failing to comply with the Court's order of August 22, 2008. (Doc. 109). Defendants have complied with the Court's order. (Doc.129). Accordingly, the order to show cause is hereby VACATED.

II

      Counsel for Plaintiff has filed a motion for extension of time to October 1, 2008 to respond to this Court's order of September 12, 2008. In the motion, counsel for Plaintiff states that she has been unable to meet or speak with her client to discuss the various matters pending

in his case because Mr. Johnson is in a restricted area, at the California Correctional Institute, where he cannot make or receive telephone calls. (Doc. 131). Counsel has submitted the necessary paperwork and is awaiting approval by the state prison for clearance to meet with Mr. Johnson at a meeting that is scheduled to take place with her client on September 26, 2008. Good cause appearing, Plaintiff's motion for an extension of time is hereby GRANTED.

### III

Because counsel for Plaintiff has been unable to respond to the Court's requests for the status of pending motions currently pending before the Court, due to difficulties in meeting with her incarcerated client, the deadline for Defendants' opposition to Plaintiff's motion for summary judgment which is currently set for September 29, 2008 is hereby VACATED. A new due date will be set when the Court issues a revised scheduling order, after October 1, 2008.

Accordingly, good cause showing, IT IS HEREBY ORDERED THAT:

1. The Order to Show Cause issued on September 2, 2008 is hereby VACATED.
2. Plaintiff's motion for an extension of time to respond to the Court's order of September 12, 2008 is hereby GRANTED. Plaintiff's response shall be filed on or before October 1, 2008.
3. The deadline for Defendants' opposition to Plaintiff's motion for summary judgment, which is currently set for September 29, 2008, is hereby VACATED.

/////

DATED: September 19, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation