IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,                      Case No. 1:06-cv-01089 ALA (P)

    vs.

W.J. SULLIVAN, et al.,

    Defendants.                   <u>ORDER</u>

_____/

    Plaintiff Garrison S. Johnson, a state prisoner in this civil rights action pursuant to 42 U.S.C. § 1983, was recently appointed counsel by the Court. (Doc. 112). There are several matters pending before the Court.

I

    Pursuant to this Court's order (Doc. 130), Plaintiff's counsel states that she intends to supplement or amend certain motions previously filed by Plaintiff (Doc. 136). Plaintiff's counsel indicates that she intends to supplement Plaintiff's "Motion for Subpoena Duces Tecum And Order of Service by U.S. Marshal" (Doc. 87). The Court already denied this motion (Doc. 97). Accordingly, supplemental briefing on this motion will not be permitted.

II

    Plaintiff's counsel indicates that she does not intend to supplement Plaintiff's motion for a preliminary injunction (Doc. 127) and the Court may consider the motion as filed. (Doc. 136

at 2.) Defendants have not yet filed an opposition to the motion. Accordingly, Defendants have until Monday, November 24, 2008 to file an opposition brief. Plaintiff has until Monday, December 15, 2008 to file a reply.

### III

Defendants previously filed a request (Doc. 133) for an extension of time to respond to Plaintiff's motion to compel discovery (Doc. 113). Defendants subsequently filed an opposition to Plaintiff's motion to compel discovery (Doc. 134). Accordingly, Defendants' request is DENIED as moot.

Defendants also filed a request (Doc. 116) for an extension of time to respond to Plaintiff's discovery requests. Given that the requested extension of time has passed and the Court has issued a revised scheduling order (Doc. 138), this request is also DENIED as moot.

### III

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's counsel shall not supplement Plaintiff's motion for subpoena duces tecum and order of service by the U.S. Marshal (Doc. 87).

2. Defendants have until Monday, November 24, 2008 to file an opposition to Plaintiff's motion for a preliminary injunction (Doc. 127) and Plaintiff has until Monday, December 15, 2008 to file a reply.

3. Defendants' request for an extension of time to respond to Plaintiff's motion to compel discovery (Doc. 133) is DENIED as moot.

4. Defendants' request for an extension of time to respond to Plaintiff's discovery requests (Doc. 116) is DENIED as moot.

/////

DATED: October 27, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation