IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>W.J. SULLIVAN, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:06-cv-01089 ALA (P)<br><br><br><br><br><br>ORDER |

    Defendants have requested an extension of time to respond to Plaintiff's motion for a preliminary injunction on the ground that defense counsel has been unable to prepare a timely response due to the press of other business. Good cause appearing, Defendants' request is hereby GRANTED. Defendants shall file a response to Plaintiff's motion for a preliminary injunction on or before December 12, 2008. Plaintiff shall file a reply to Defendants' response on or before January 7, 2009. No further extensions will be granted.

/////

DATED: November 26, 2008

                                                          /s/ Arthur L. Alarcón  
                                                          UNITED STATES CIRCUIT JUDGE  
                                                          Sitting by Designation