IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

        Plaintiff,                    Case No. 1:06-cv-01089 ALA (P)

    vs.

W.J. SULLIVAN, et al.,

        Defendants.              ORDER

_____/

        Plaintiff has filed a motion for a preliminary injunction to compel Defendants to allow Plaintiff one weekly telephone call with his attorneys in order to allow Plaintiff and his counsel an opportunity to prepare for a trial currently scheduled for April 21, 2009 in the Eastern District of California. Plaintiff's motion for a preliminary injunction also asserts that Plaintiff's counsel has been unable to contact Plaintiff through the mail, because counsel's letters have been returned with a stamp indicating that Plaintiff is not at the address that has been provided to Plaintiff's counsel.

        Accordingly, it is hereby ORDERED that:

1.     Defendants shall file a response to Plaintiff's motion for a preliminary injunction on or before December 18, 2008; and

2.     Defendants shall notify counsel for Plaintiff and this Court, on or before December 15, 2009, of the exact mailing address where Plaintiff can be reached by his counsel. Failure to comply with this order will result in immediate

1   sanctions, the granting of the preliminary injunction, or both.
2   /////
3   DATED: December 11, 2008
4
5                                       /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
6                                       Sitting by Designation

28  S:\Eastern District of California\06-01089JohnsonvSullivan\06cv01089.121108.o.resp to mtn for

1  PI.wpd