IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,                      Case No. 1:06-cv-01089 ALA (P)

    vs.

W.J. SULLIVAN, et al.,

    Defendants.               ORDER

_____/

    The Court, having considered Defendants' request for an extension of time to file a declaration in response to its order of December 23, 2008, and good cause having been found, **IT IS ORDERED** that Defendants shall be granted until January 6, 2009 to file the response.

DATED:  December 29, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation