IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,   Case No. 1:06-cv-01089 ALA (P)

    vs.

W. J. SULLIVAN, et al.,

    Defendants.   <u>ORDER</u>

_____/

    Plaintiff is hereby ordered to file a response to Defendants' January 7, 2009 motion for reconsideration of the Court's order granting Plaintiff's preliminary injunction, dated December 23, 2008. (Doc. 154, 163). In the response, Plaintiff is directed to indicate whether counsel for Plaintiff has requested individual phone calls with their client, now that he is no longer housed in the Security Housing Unit, and if so, the outcome of that request. Plaintiff's response is due on or before January 15, 2009.

    IT IS SO ORDERED.

/////

DATED: January 8, 2009

                                /s/ Arthur L. Alarcón
                                UNITED STATES CIRCUIT JUDGE
                                Sitting by Designation