IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

       Plaintiff,                Case No. 1:06-cv-01089 ALA (P)

       vs.

W. J. SULLIVAN, et al.,

       Defendants.          <u>ORDER</u>

      Defendant Gonzales is hereby ordered to file a response to Plaintiff's January 9, 2009 motion for sanctions for failing to comply with this Court's order to allow Plaintiff's counsel to speak to Plaintiff by telephone once weekly so long as Plaintiff is held at the California Correctional Institution at Tehachapi. (Doc. 164). Defendant's response is due on or before January 15, 2009.

      IT IS SO ORDERED.

/////

DATED:  January 9, 2009

                                    /s/ Arthur L. Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation