IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

      Plaintiff,                     Case No. 1:06-cv-01089 ALA (P)

    vs.

W. J. SULLIVAN, et al.,

      Defendants.                ORDER

_____/

      Plaintiff's motion to withdraw (doc. 169) Plaintiff's motion to compel Defendant Gonzales to use whatever means necessary to return Plaintiff's legal papers to him by 5:00 p.m. January 13, 2009 (Doc. 168) us HEREBY GRANTED.

      IT IS SO ORDERED.

/////

DATED:  January 14, 2009

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation