IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

      Plaintiff,     Case No. 1:06-cv-01089 ALA (P)

  vs.

W. J. SULLIVAN, et al.,

      Defendants.     <u>ORDER</u>

_____/

    Defendants' motion for an extension of time (doc. 171) to respond to Plaintiff's motion for sanctions (Doc. 164) is HEREBY GRANTED. Defendants' response is due on or before January 20, 2009.

    IT IS SO ORDERED.

/////

DATED:  January 14, 2009

                                           /s/ Arthur L. Alarcón
                                           UNITED STATES CIRCUIT JUDGE
                                           Sitting by Designation