1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GARRISON S. JOHNSON,

12            Plaintiff,              Case No. 1:06-cv-01089 ALA (P)

13        vs.

14    W.J. SULLIVAN, et al.,

15            Defendants.             ORDER

16    _____/

17        On February 10, 2009, Defendants informed the Court that Plaintiff has been transferred

18    to Kern Valley State Prison and, based upon this transfer, have requested that the Court vacate

19    the injunction issued on December 23, 2008 compelling Defendant Gonzales to provide Plaintiff

20    with access to a telephone one time per week so that he may confer with his court-appointed

21    counsel in order to prepare for trial. (Doc. 154).  Defendant Gonzales's request is hereby

22    GRANTED.  The injunction issued on December 23, 2008 is HEREBY VACATED.

23    /////

24    DATED: February 11, 2009

25                                    /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
26                                    Sitting by Designation

1