IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

        Plaintiff,                Case No. 1:06-cv-01089 ALA (P)

        vs.

W.J. SULLIVAN, et al.,

        Defendants.            ORDER

_____/

      On February 5, 2009, Plaintiff's appointed counsel filed a request for authority to incur costs. (Doc. 183). The request is hereby APPROVED. Pursuant to the terms of General Order 230, counsel is directed to submit the approval, attached hereto, to:

      United States District Court, Eastern District of California
      Attention: Leslie Medina, Financial Administrator
      501 I Street, Room 4-200
      Sacramento, CA 95814

DATED: February 11, 2009

                                  /s/ Arthur L. Alarcón
                                  UNITED STATES CIRCUIT JUDGE
                                  Sitting by Designation