IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,                Case No. 1:06-cv-01089 ALA (P)

  vs.

W. J. SULLIVAN, et al.,

    Defendants.          <u>ORDER</u>

_____/

      Defendants' motion to modify the scheduling order to afford the parties time to complete settlement negotiations and discovery (doc. 187) is HEREBY GRANTED.

      IT IS HEREBY ORDERED that the trial and pretrial dates are rescheduled as follows:

1.     Discovery shall be completed on or before May 15, 2009.
2.     All pretrial motions are due on or before May 31, 2009.
3.     Plaintiff's pretrial statement is due on or before June 1, 2009.
4.     Defendants' pretrial statement is due on or before June 8, 2009.
5.     Pretrial conference is set for June 23, 2009 on the file only, without appearance by either party.

/////

/////

6. This matter is now set for jury trial before the Honorable Arthur L. Alarcón on July 14, 2009 at 9:00 a.m. in Courtroom 8 on the 6th Floor.

/////

DATED: March 16, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation