IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,                      Case No. 1:06-cv-01089 ALA (P)

    vs.

W. J. SULLIVAN, et al.,              <u>ORDER</u>

    Defendants.

_____/

    On March 16, 2009, this Court ordered that the trial in this matter shall be "set for jury trial before the Honorable Arthur L. Alarcón on July 14, 2009 at 9:00 a.m. in Courtroom 8 on the 6th Floor." Doc. 188. Due to a scheduling conflict, the trial is hereby rescheduled to begin on **July 13, 2009 at 9:00 a.m.** in Courtroom 8 on the 6th floor. The revised scheduling order issued on March 16, 2009 remains otherwise unchanged.

    Pursuant to Eastern District of California Local Rule 16-240, the Court hereby orders that a telephonic status conference be held on **April 14, 2009** at **9:00 a.m.** The parties shall make arrangements with a conference call entity for the conference call. The party who makes such arrangements shall file a notice that contains the telephone number and pin number for the call no later than noon on April 10, 2009. The purpose of this conference call is to impress upon counsel the need to comply with the July 13, 2009 trial date if this matter has not been disposed

1

of prior to that date by motion or settlement.

The parties should be prepared to provide the Court with an oral report concerning the status of discovery. The parties are also requested to inform the Court whether they intend to file a joint request that this matter be referred to a magistrate judge for purposes of mediation.

Additionally, the parties are notified that should this matter proceed to trial, the Court will be requesting that the parties enter into a joint stipulation as to many of the undisputed facts. Doing so will obviate the need to present evidence as to, for example, certain policies in place, or certain events that occurred, which are not in dispute. The Court intends to conduct the trial as efficiently as possible and welcomes suggestions from counsel as to how this may best be achieved.

/////

DATED: April 3, 2009

                                                  /s/ Arthur L. Alarcón
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation