IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JOHNSON | Case No. 1:06-cv-1089 ALA P |
| Plaintiff, | REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) |
| v. | |
| W. J. SULLIVAN, et al. | |
| Defendants. | |

I, Michael J. DeNiro, attorney for Plaintiff, declare as follows:

My co-counsel Laurie A. Thrower was appointed to represent Plaintiff in this action by Senior Circuit Judge Arthur L. Alarcon on August 26, 2008.

I was associated in by Plaintiff's counsel Thrower on September 8, 2008. (Docket 122.)

I believe that the following course of action is reasonably necessary for the prosecution of this action: Obtain services of a process server to serve Plaintiff's subpoena duces tecum on Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation, at his place of business in Sacramento, California.

I have made reasonable inquiry and believe the cost of this action will not exceed $100.00

I therefore request that this Court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

/
/
/
/
/
/

The following payments of costs have been approved heretofore in this action:

1.) $188.00. Travel from Santa Barbara CA to the California Correctional Institution at Tehachapi and back to meet and confer with Plaintiff on September 26, 2008.

2.) $388.00. Travel from Santa Barbara CA to the California Correctional Institution at Tehachapi on January 14, 2009 and back on January 15, 2009 to participate in Defendants' deposition of Plaintiff on January 15, 2009.

3.) $300.00. Obtain paper and electronic transcripts of Defendants' deposition of Plaintiff, which occurred on January 15, 2009.

4.) $2000.00. Obtain services of certified court reporter to record stenographically Plaintiff's deposition of Defendant S. WRIGHT.

5.) $2000.00. Obtain services of certified court reporter to record stenographically Plaintiff's deposition of Defendant M. CARRASCO.

6.) $2000.00. Obtain services of certified court reporter to record stenographically Plaintiff's deposition of Defendant F. GONZALES.

7.) $2000.00. Obtain services of certified court reporter to record stenographically Plaintiff's deposition of Defendant W. J. SULLIVAN.

8.) $2000.00. Obtain services of certified court reporter to record stenographically Plaintiff's deposition of Defendant J. TILTON.

9.) $2000.00. Obtain services of certified court reporter to record stenographically Plaintiff's deposition of Defendant J. DOVEY.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2009

**Michael J. DeNiro**

Digitally signed by Michael J. DeNiro
DN: cn=Michael J. DeNiro, o, ou, email=mjdeniro@cox.net, c=US
Date: 2009.04.06 14:36:41 -07'00'

Michael J. DeNiro
Attorney for Plaintiff GARRISON JOHNSON

The above expenditures are

__✓_____ Approved

_____ Not Approved

OR  
discovery conference, pursuant to Rule _____ .  _____ Good cause appearing therfor, this matter is set for on _____ at _____ __ m. in
Courtroom No. _____ .

Dated _____            *Arthur L. Alarcon* (signature)

Senior Circuit Judge Arthur L. Alarcon