IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

          Plaintiff,                 Case No. 1:06-cv-01089 ALA (P)

     vs.

W. J. SULLIVAN, et al.,           ORDER

          Defendants.

_____/

Secretary of the California Department of Corrections and Rehabilitation, Matthew Cate, is hereby ordered to file a response to Plaintiff's April 6, 2009 motion asking the Court to hold him in contempt, and for sanctions, for his failure to obey Plaintiff's subpoena duces tecum served on him January 22, 2009. (Doc. 191). Secretary Cate's response is due on or before April 14, 2009.

/////

/////

/////

/////

/////

/////

1      IT IS HEREBY ORDERED that the Clerk of the Court serve this order, and a copy of

2 Plaintiff's motion located at Docket No. 191, with all attachments, on:

3            Matthew Cate, Secretary
           California Department of Corrections and Rehabilitation

4            P.O. Box 942883
           Sacramento, CA 94283-001

5 /////

6 DATED: April 7, 2009

7                              /s/ Arthur L. Alarcón
                             UNITED STATES CIRCUIT JUDGE

8                              Sitting by Designation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26