IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON

       Plaintiff,                   Case No. 1:06-cv-01089 ALA (P)

     vs.

W.J. SULLIVAN, et al.,               ORDER

       Defendants.

_____/

     On April 3, 2009, this Court ordered that a telephonic status conference be held on April 14, 2009, at 9:00 a.m. (Doc. 189). At this Court's direction, the parties made arrangements with a conference call entity for the conference call. On April 8, 2009, Plaintiff filed a notice detailing the telephone number and pin to be used for the telephonic status conference. (Doc. 194).

     Accordingly, IT IS HEREBY ORDERED that the telephonic status conference will occur on April 14, 2009, at 9:00 a.m. via *Free Conference*, a conference call agency, and that this Court and the parties will call 1-218-339-2699 and then enter pin number 512956.

DATED: April 9, 2009

                          /s/ Arthur Alarcón
                          UNITED STATES CIRCUIT JUDGE
                          Sitting by Designation