IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON

    Plaintiff,                    Case No. 1:06-cv-01089 ALA (P)

    vs.

W.J. SULLIVAN, et al.,                ORDER

    Defendants.

_____/

    On April 17, 2009, the parties filed a joint notice stipulating that they would like this Court to refer this matter to mediation. (Doc. 197). This Court conducted a telephonic conference on April 24, 2009 to consider the parties' joint motion to permit them to participate in a mediation proceeding without completing discovery pursuant to this Court's order. The Court informed counsel that it would not vacate the present scheduling order regarding discovery, and refer this matter to a Magistrate Judge for a mediation proceeding, unless counsel for both sides could persuade this Court that they now had completed sufficient discovery to enable them to assist a mediator in guiding them to a successful settlement of this dispute. Counsel were informed that this Court would not burden an overworked Magistrate Judge with additional duties if a settlement could not be reached because counsel had not completed discovery.

1

| | |
|---|---|
| 1 | Counsel for both sides represented to this Court that they believe they have already |
| 2 | completed a sufficient amount of discovery of all the pertinent facts necessary to assist a |
| 3 | mediator in helping them to resolve this dispute without further discovery or a trial. |
| 4 | As the parties have advised the Court that mediation would be both productive and |
| 5 | appropriate in this case, this matter is REFERRED to Magistrate Judge Gary S. Austin for |
| 6 | mediation. The parties are advised that Magistrate Judge Austin is prepared to proceed with |
| 7 | mediation in this case on May 11, 12 or 14, 2009 at 10:30 a.m. The parties are instructed to |
| 8 | consult with Magistrate Judge Austin for further details surrounding his mediation procedures. |
| 9 | ///// |
| 10 | DATED: April 27, 2009 |

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation