# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | 1:06-cv-01089 ALA GSA (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS** |
| vs. | **AD TESTIFICANDUM TO TRANSPORT** |
| | **INMATE GARRISON S. JOHNSON, CDCR** |
| W.J. SULLIVAN, et al., | **#D59672** |
| Defendants. | DATE: May 14, 2009 |
| | TIME: 10:00 a.m. |
| _____/ | LOCATION: Courtroom 10, 6th Floor |

Plaintiff, **GARRISON S. JOHNSON**, inmate CDC# D59672, a necessary and material party in proceedings in this case on May 14, 2009, is confined at Kern Valley State Prison, 3000 West Cecil Avenue, Delano, California, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on May 14, 2009, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that**:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear before United States Magistrate Judge Gary S. Austin at the time and place above, and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden Of Kern Valley State Prison:**

**WE COMMAND** you to produce the inmate named above to appear before United States Magistrate Judge Gary S. Austin at the time and place above, and thereafter to return the inmate to the above institution, or other institution as deemed appropriate by the California Department of Corrections and Rehabilitation.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 29, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation