IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,

vs.

W. J. SULLIVAN, et al.,

    Defendants.

Case No. 1:06-cv-01089 ALA (P)

ORDER

Plaintiff Garrison S. Johnson is hereby ordered to file a response to Defendants' April 30, 2009 motion to quash or modify subpoena duces tecum. (Doc. 215). Plaintiff's response is due on or before May 18, 2009.

IT IS SO ORDERED.

/////

DATED: May 1, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation