IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,

vs.

W.J. SULLIVAN, et al.,

    Defendants.

Case No. 1:06-cv-01089 ALA (P)

ORDER

On April 21, 2009, Plaintiff's appointed counsel filed a request for authority to incur costs to attend the settlement conference ordered by the Court in this matter. (Doc. 202). Plaintiff's counsel has stated that the costs will not exceed $750.00. The request is hereby APPROVED. Pursuant to the terms of General Order 230, counsel is directed to submit this order, approving reimbursement for these costs, with original invoices, to:

> United States District Court, Eastern District of California
> Attention: Leslie Medina, Financial Administrator
> 501 I Street, Room 4-200
> Sacramento, CA 95814

DATED: May 8, 2009

                                                  Hon. Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation