# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:06-cv-01089 ALA GSA (PC) |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF FOR SETTLEMENT CONFERENCE ON MAY 14, 2009 AT 10:00 AM |
| v. | |
| W.J. SULLIVAN, et al., | |
| Defendants. | (Doc. 213) |

This matter was set for a settlement conference on May 14, 2009, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse on May 14, 2009 at 10:00 a.m. The settlement conference has been vacated.

Accordingly, Plaintiff Garrison S. Johnson, CDCR #D59672, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY VACATED.

DATED: May 12, 2009

/s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE

1