|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | IN THE UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 10 | GARRISON S. JOHNSON | |
| 11 | Plaintiff, | Case No. 1:06-cv-01089 ALA (P) |
| 12 | vs. | |
| 13 | W.J. SULLIVAN, et al., | ORDER |
| 14 | Defendants. | |
| 15 | _____/ | |

On April 17, 2009, the parties filed a joint notice stipulating that they would like this Court to refer this matter to mediation. (Doc. 197). This matter was referred to mediation before Magistrate Judge Gary S. Austin on May 14, 2009. (Doc. 210). On May 12, 2009, an order was filed taking the mediation before Magistrate Judge Austin off calendar. (Doc. 220).

As the parties have advised the Court that mediation would be both productive and appropriate in this case, this matter is now REFERRED to United States District Judge David O. Carter for mediation. The parties are advised that Judge Carter is prepared to proceed with mediation in this case on May 21, 2009 at 9:00 a.m in Courtroom #8, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California.

The parties are to submit **brief** summaries of the case to Judge Carter via email on or before May 15, 2009 at 12:00pm. The summaries are to be confidential and will not be

1

exchanged between the parties. They should include a brief statement of the case history as well as the issues involved in the case. The summaries are to be sent to Judge Carter's Judicial Assistant, Linda Enneman, at linda_enneman@cacd.uscourts.gov.

/////

DATED: May 13, 2009

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation