IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | |
| Plaintiff, | Case No. 1:06-cv-01089 ALA (P) |
| vs. | |
| W.J. SULLIVAN, et al., | ORDER |
| Defendants. | |

On May 18, 2009, Plaintiff filed a response to Defendants' motion to quash or modify the subpoena duces tecum served on Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation. (Doc. 224). Defendants are hereby ordered to file a reply on or before May 27, 2009. Defendants are directed specifically to address Plaintiff's proposed modifications to the subpoena duces tecum served on Matthew Cate.

/////

DATED: May 18, 2009

                                        /s/ Arthur Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation