IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON

    Plaintiff,                       Case No. 1:06-cv-01089 ALA (P)

    vs.

W.J. SULLIVAN, et al.,               <u>ORDER</u>

    Defendants.

_____/

On May 22, 2009, the parties filed a joint notice of settlement indicating that "the parties are in the process of exchanging documents, and expect the case will be dismissed within 150 days." (Doc. 226). The parties have requested that the Court vacate the briefing schedule regarding Defendants' motion to quash the subpoena issued to the California Department of Corrections and Rehabilitation, and hold that motion in abeyance. That request is hereby GRANTED.

The parties have also requested that the Court hold in abeyance other pending Court dates and set a date for a status conference at least 150 days from May 22, 2009, with the understanding that the conference will not be held if the dismissal is filed before that date. (Doc. 226). That request is DENIED. The revised scheduling order of April 28, 2009 (doc. 212) shall remain in effect.

1

| | |
|---|---|
| 1 | The parties are HEREBY ORDERED to apprise the Court of the status of the settlement |
| 2 | in this matter by way of a telephonic status conference call on June 26, 2009 at 10:30 a.m. The |
| 3 | telephonic status conference call will occur via *Free Conference*, a conference call agency. This |
| 4 | Court and the parties will call 1-218-339-2699 and then enter pin number 512956, as set forth in |
| 5 | the information provided by Plaintiff's counsel in its April 7, 2009 notice to the Court (Notice of |
| 6 | Telephonic Conference Access Number and Pin Number) (Doc. 194). It is anticipated that the |
| 7 | parties will appear by way of telephonic status conference calls every 30 days, to apprise of the |
| 8 | Court of the progress of the settlement in this matter, until such time as a notice of dismissal is |
| 9 | filed. |

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' request that the Court vacate the briefing schedule regarding Defendants' motion to quash the subpoena issued to the California Department of Corrections and Rehabilitation, and hold that motion in abeyance is GRANTED;

2. The parties' request that the Court hold in abeyance other pending Court dates and set a date for a status conference at least 150 days from May 22, 2009, with the understanding that the conference will not be held if the dismissal is filed before that date is DENIED; and,

3. The parties shall apprise the Court of the status of the settlement by way of a telephonic status conference call on June 26, 2009 at 10:30 a.m. via *Free Conference*, a conference call agency. This Court and the parties will call 1-218-339-2699 and then enter pin number 512956.

/////

DATED: May 27, 2009

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation