IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | 1:06-cv-01089-ALA (PC) |
| Plaintiff, | |
| vs. | **ORDER REGARDING PLAINTIFF** |
| W.J. SULLIVAN, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the Plaintiff, Garrison S. Johnson, CDC#, D-59672 be returned to his facility at Kern Valley State Prison, because the Mediation Hearing that was held on May 21, 2009 in the above matter has concluded.

/////

DATED: May 27, 2009

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation