IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON

    Plaintiff,                      Case No. 1:06-cv-01089 ALA (P)

    vs.

W.J. SULLIVAN, et al.,                ORDER

    Defendants.

_____/

    IT IS HEREBY ORDERED that:

    Pursuant to the telephonic conference call of June 26, 2009, the parties shall again apprise the Court of the status of the settlement by way of a telephonic status conference call on July 27, 2009 at 10:30 a.m. via *Free Conference*, a conference call agency. This Court and the parties will call 1-218-339-2699 and then enter pin number 512956.

    Defendants should be prepared to inform the Court of the progress made in the processing of the request for approval of the settlement pending in this matter.

/////

DATED: June 26, 2009

                                            /s/ Arthur Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation

1