IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON

    Plaintiff,                      Case No. 1:06-cv-01089 ALA (P)

    vs.

W.J. SULLIVAN, et al.,                ORDER

    Defendants.

_____/

    Due to a conflict, the telephonic conference scheduled to take place on July 27, 2009 at 10:30 a.m., wherein the parties were to apprise the Court of the status of the processing of the paperwork necessary to finalize their settlement agreement, did not occur as scheduled.  It is hereby ordered that the telephonic conference call is rescheduled for August 24, 2009 at 10:30 a.m.  Additionally, Defendants shall file with the Court, on or before July 31, 2009, a short written statement informing the Court of the present status of the paperwork being processed by the Attorney General's office, which is apparently needed to finalize the settlement agreement and the release of funds to Plaintiff.

DATED: July 27, 2009

                                          /s/ Arthur Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation