IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,

vs.

W.J. SULLIVAN, et al.,

    Defendants.

Case No. 1:06-cv-01089 ALA (P)

ORDER

On July 28, 2009, this Court ordered the parties to attend a telephonic conference on August 24, 2009 and to file a written statement on or before July 31, 2009 regarding the status of the paperwork being processed by the Attorney's General's Office finalizing the settlement that has been reached in this matter. (Doc. 233.) On July 31, 2009, Defendants filed a report on the status of settlement funds. (Doc. 234.) In the status report, Defendants requested that this Court take this matter off the trial calendar.

It is HEREBY ORDERED that:

1.     all pre-trial and trial dates are VACATED;

2.     the telephonic status conference scheduled for August 24, 2009 is VACATED;

/////

/////

1

3. Defendants are to file updated reports on or before the last day of each month regarding the status of the disbursement of funds until the funds are disbursed.

/////

DATED: August 6, 2009

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation