IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,

vs.

W.J. SULLIVAN, et al.,

    Defendants.

Case No. 1:06-cv-01089 ALA (P)

<u>ORDER</u>

On August 31, 2009, Defendants filed a status report with the clerk's office stating that a settlement check had been sent on August 25, 2009 to Will Adams, Litigation Coordinator, for deposit into Plaintiff's inmate trust account. (Doc. No. 237). Since that date, nothing has been filed by either party.

It is HEREBY ORDERED that:

1. Plaintiff file a notice verifying the receipt of the settlement funds on or before September 28, 2009; and

2. Dispositive documents in this action be filed with this Court on or before October 23, 2009 dismissing all causes of action in this case.

DATED: September 17, 2009    /s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

1