1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GARRISON JOHNSON,

11          Plaintiff,                    Case No. 1:06-cv-01089-ALA (P)

12      vs.

13   W.J. SULLIVAN, et. al.,

14          Defendants.              ORDER

15   _____/

16          On October 19, 2009, Defendants filed a stipulation for dismissal signed by both parties

17   after a settlement was reached on May 21, 2009.  Good cause appearing, all claims in this

18   action are hereby DISMISSED with prejudice.  The Clerk of the Court is hereby directed to

19   close the case.

20          DATED: October 27, 2009

21   _____
                                   /s/ Arthur L. Alarcón
22                                 UNITED STATES CIRCUIT  JUDGE
                                   Sitting by Designation

23

24

25

26

                                     1